# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced April 21, 2015

14-0882      IN RE FARMERS INSURANCE COMPANY WIND/HAIL STORM LITIGATION

This MDL Panel requested in its April 7, 2015 Order of Multidistrict Litigation Panel that "[a]fter receiving suggestions from counsel, the pretrial judges will consider which of the other cases should be transferred to each pretrial court and will make a written recommendation to the MDL Panel for its decision." Based on the recommendation from the MDL Pretrial Panel dated July 20, 2015, the MDL Panel orders that the following cases be assigned to the following Pretrial Courts:

## Harris County

All cases attached as Appendix A are transferred to Judge Sylvia A. Matthews of the 281st Judicial District Court in Harris County, cause number 2015-37067.

## Tarrant County

All cases attached as Appendix B are transferred to Judge David L. Evans of the 48th Judicial District Court in Tarrant County, cause number 048-000001-15.

## Webb County

All cases attached as Appendix C are transferred to Judge Elma Teresa Salinas Ender in Webb County, cause number 2015-CV2-002272-D5.